UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK-50537 |
| | ) | |
| JANET HARRIS | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor | ) | JUDGE: KOSCHIK |

## MOTION TO AVOID JUDICIAL LIENS UNDER §522

Now come Debtor, Janet Harris, who humbly objects to two judicial liens against her property and requests this court for an Order to avoid these same liens. These liens, with a combined value of $8,813.50, impair her property exemptions under R.C. §2329.66. These liens stems from two money complaints filed in Stow Muni Court on December 18, 2019 and April 9, 2019, respectively, and may be rightfully avoided under §522(f). A brief memorandum in support of this motion is attached.

Respectfully submitted,

_____
Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Claudia Eriksson

1

MEMORANDUM IN SUPPORT

**Relevant Facts:**

1. Over the last few years, Janet Harris has been struggling to make ends meet as a substitute teacher. She makes little money and lives a meager life.

2. On April 9, 2019, Bank of America filed suit against Janet Harris in Stow Muni Court for monies owed on a credit card. On May 30, 2019, a judgment was awarded in the amount of $4,772.34.

3. On December 18, 2019, Portfolio Recovery Associates filed suit against Janet Harris in Stow Muni Court for monies owed on a credit card. On February 20, 2020, a judgment was awarded in the amount of $4,041.16.

4. In January, 2020, Bank of America started garnishing Janet Harris's otherwise meager income for the $4,772.34 debt.

5. Janet Harris exists at about 150% of the Federal poverty level, and needs every cent in her paycheck.

6. Janet Harris now requests this court for an Order to avoid these liens under §522(f).

**Analysis:**

7. "Section 522(f) serves as but one example of Congress having exercised its power to allow the cancellation of a creditor's *in rem* interest in property by affording debtors the power to avoid judicial liens that impair otherwise valid exemptions." In Re: Jerew, No. 06-BK-33252, N.D. of Ohio (2009), at ¶20.

8. Bankruptcy Code §522(f)(1)(A) states (in part):

> [T]he debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled under subsection (b) of this section, if such lien is – a judicial lien … .

9. The statutory text enumerates three elements to be satisfied for a debtor to avoid a lien under this section:

(1) it must be a judicial lien;

(2) the lien must be fixed against an interest of the debtor in property; and

(3) the lien must impair an exemption to which the debtor would otherwise be entitled.

McCart v. Jordana, 232 B.R. 469. 473 (10th Cir. B.A.P 1999).

10. All three elements are satisfied here:

(1) These two liens are non-consensual, judicial liens against Janet Harris, as shown by the Judgment Docket Entries, for Stow Municipal Court, 2019CVF01153 and 2019CVF04156 respectively, attached as Exhibits A and B.

(2) These liens are fixed against the interest of Janet Harris in her personal property, which impairs her exemptions under R.C. §2923.66.

(3) This judgment impairs the exemptions on her personal property.

11. For the above reasons, Debtor Janet Harris humbly requests this court for an Order to avoid the Bank of America and Portfolio Recovery liens as properly avoidable under §522(f)(1).

Respectfully Submitted,

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Janet Harris

# 2019CVF01153 BANK OF AMERICA NA -vs- HARRIS, JANET ADM

- Case Type:
- CIVIL
- Case Status:
- CLOSED
- File Date:
- 04/09/2019
- Action:
- (EFILING) CONTRACT - UP TO TWO DEFENDANTS
- Status Date:
- 04/09/2019
- Case Judge:
- ADMINISTRATIVE JUDGE
- Next Event:

All Information   Party   Docket   Financial   Checks   Receipt   Disposition   Additional Fields

## Party Information

**BANK OF AMERICA NA**
- Plaintiff

- DOB
  - 
- Disposition
  - 
- Disp Date
  - 

- Address
  - C/O LEVY & ASSOCIATES LLC
    4645 EXECUTIVE DR
    COLUMBUS, OH 43220
- Phone

Alias

**Party Attorney**
- Attorney
- LEVY, YALE R
- Address
- LEVY & ASSOCIATES LLC
  4645 EXECUTIVE DR
  COLUMBUS, OH 43220
- Phone
- (866)767-3538

**HARRIS, JANET**
- Defendant

- DOB
  - 
- Disposition
  - 
- Disp Date
  - 

- Address
  - 265 N THOMAS RD APT 104R
    TALLMADGE, OH 44278
- Phone

Alias

**Party Attorney**

## Docket Information

| Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|

20-50537-amk    Doc 11    FILED 03/20/20    ENTERED 03/20/20 13:51:19    Page 4 of 8

| Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 04/09/2019 | CIVIL COMPLAINT FILED (UP TO TWO DEFENDANTS) Receipt: 369679 Date: 04/09/2019 | $182.00 | Image |
| 04/09/2019 | CONFIDENTIAL DISCLOSURE OF PERSONAL IDENTIFIERS FILED BY PLAINTIFF<br>Attorney: LEVY, YALE R (0065006) | | Image |
| 04/09/2019 | CIVIL COMPLAINT AND SUMMONS ISSUED BY FEDEX #1420 - DELIVERED 4/12/19; ANS DATE 5/10/19<br>TO JANET HARRIS<br><br>CIVIL SUMMONS<br>Sent on: 04/09/2019 15:02:52.56 | | Image |
| 05/23/2019 | MOTION FOR DEFAULT JUDGMENT FILED BY Receipt: 373348 Date: 05/23/2019<br>Attorney: KERNS, JORDANNA B (0092047) | $25.00 | Image |
| 05/30/2019 | ORDER - MOTION FOR DEFAULT JUDGMENT SIGNED BY MAGISTRATE J W CLARK | | Image |
| 05/30/2019 | Judgment Docket Entry (001)<br>Judgment For Plaintiff by Default<br>Damages : $4,772.34 Interest : $0.00<br>Attorney Fees : $0.00 Costs : $<br>Other Fees : $0.00<br>Total : $ | | |
| 05/30/2019 | ORDER NOTIFICATION SENT TO ALL PARTIES<br><br>CIVIL ORDER NOTIFICATION (Notice)<br>Sent on: 05/30/2019 16:01:28.13 | | Image |
| 01/14/2020 | CIVIL GARNISHMENT ON JUDGMENT GREATER THAN $3,000 FILED BY<br>Attorney: SALYER, MATTHEW S (0086222) Receipt: 390698 Date: 01/14/2020 | $175.00 | |
| 01/22/2020 | CIVIL GARNISHMENT PROCESSED<br>GARNISHMENT ISSUED TO: AKRON PUBLIC SCHOOLS<br>BY FEDEX #1769 - DELIVERED 1/24/2020<br>Attorney: LEVY, YALE R (0065006) | | Image |
| 01/29/2020 | ANSWER FILED BY AKRON PUBLIC SCHOOLS- YES EMPLOYED | | Image |
| 02/07/2020 | GARNISHMENT RECEIPT Receipt: 392593 Date: 02/07/2020 | $295.93 | Image |
| 02/18/2020 | GARNISHMENT CHECK (JUDGMENTS) ISSUED TO LEVY & ASSOCIATES, LLC FOR $290.01<br>Check Issued: 02/18/20 Check #15732 $290.01 Payable to: LEVY & ASSOCIATES, LLC. | $290.01 | |
| 02/24/2020 | GARNISHMENT RECEIPT Receipt: 393682 Date: 02/24/2020 | $406.72 | Image |
| 02/25/2020 | GARNISHMENT CHECK (JUDGMENTS) ISSUED TO LEVY & ASSOCIATES, LLC FOR $398.59<br>Check Issued: 02/25/20 Check #15809 $398.59 Payable to: LEVY & ASSOCIATES, LLC. | $398.59 | |
| 03/04/2020 | ANSWER FILED BY AKRON PUBLIC SCHOOLS | | Image |
| 03/18/2020 | BANKRUPTCY NOTICE FILED<br>Attorney: WINTERS, SEAN M (0084612) | | Image |

### Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| Civil Cost | $382.00 | $382.00 | $0.00 | $0.00 |
| Garnishment Money | $702.65 | $702.65 | $0.00 | $0.00 |
| Total | Total $1,084.65 | Total $1,084.65 | Total $0.00 | Total $0.00 |

- **Money on Deposit with the Court**

| Account | Applied Amount |
|---|---|
| Judgments (GARNISHMENT) | $0.00 |
| Total | Total $0.00 |

- **Money Distributed by Court**

| Payment Type | Amount |
|---|---|
| Payment | $688.60 |
| Total | Total $688.60 |

### Check Information

| Created | Payee Name | Description | Account | Check | Amount |
|---|---|---|---|---|---|
| 02/18/2020 | LEVY & ASSOCIATES, LLC | Case: 2019CVF01153 GARNISHMENT CHECK (JUDGMENTS) | JUDGE | 15732 | $290.01 |
| 02/25/2020 | LEVY & ASSOCIATES, LLC | Case: 2019CVF01153 GARNISHMENT CHECK (JUDGMENTS) | JUDGE | 15809 | $398.59 |

### Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 369679 | 04/09/2019 | Yale Levy | $182.00 |
| 373348 | 05/23/2019 | Yale Levy | $25.00 |
| 390698 | 01/14/2020 | LEVY & ASSOCIATES LLC | $175.00 |
| 392593 | 02/07/2020 | AKRON BOARD OF EDUCATION | $295.93 |
| 393682 | 02/24/2020 | AKRON BOARD OF EDUCATION | $406.72 |
| Total | Total | Total | Total $1,084.65 |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| (AJ) HEARING BY MAGISTRATE | 05/30/2019 | ADMINISTRATIVE JUDGE |

# 2019CVF04156 PORTFOLIO RECOVERY ASSOCIATES LLC -vs- HARRIS, JANET ADM

- Case Type:
  - CIVIL
- Case Status:
  - CLOSED
- File Date:
  - 12/18/2019
- Action:
  - (EFILING) CONTRACT - UP TO TWO DEFENDANTS
- Status Date:
  - 12/18/2019
- Case Judge:
  - ADMINISTRATIVE JUDGE
- Next Event:

All Information | Party | Docket | Financial | Receipt | Disposition | Additional Fields

## Party Information

**PORTFOLIO RECOVERY ASSOCIATES LLC**
- Plaintiff

- DOB
- Disposition
- Disp Date

- Address
  - 120 CORPORATE BLVD
    NORFOLK, VA 23502
- Phone

Alias

**Party Attorney**
- Attorney
- TRAUT, TED M
- Address
- WELTMAN, WEINBERG & REIS
  965 KEYNOTE CIR
  BROOKLYN HEIGHTS, OH 44131
- Phone
- (216)739-5002

**HARRIS, JANET**
- Defendant

- DOB
- Disposition
- Disp Date

- Address
  - 265 N THOMAS RD, APT 104R
    TALLMADGE, OH 44278
- Phone

Alias

**Party Attorney**

## Docket Information

Date    Docket Text      Amount   Image

20-50537-amk    Doc 11    FILED 03/20/20    ENTERED 03/20/20 13:51:19    Page 7 of 8

|  |  | Owed | Avail. |
|---|---|---|---|
| 12/18/2019 | CIVIL COMPLAINT FILED (UP TO TWO DEFENDANTS) Receipt: 388682 Date: 12/18/2019<br>Attorney: TRAUT, TED M (0072514) | $198.00 | Image |
| 12/18/2019 | CIVIL COMPLAINT AND SUMMONS ISSUED BY FEDEX #3372 - DELIVERED 12/19/2019; ANS DATE 1/16/2020<br>TO JANET HARRIS<br><br>CIVIL SUMMONS<br>Sent on: 12/18/2019 09:50:24.78 |  | Image |
| 02/13/2020 | MOTION FOR DEFAULT JUDGMENT FILED BY Receipt: 392984 Date: 02/13/2020<br>Attorney: TRAUT, TED M (0072514) | $25.00 | Image |
| 02/20/2020 | ORDER - MOTION FOR DEFAULT JUDGMENT GRANTED IN FAVOR OF THE PLAINTIFF BY MAGISTRATE J W CLARK |  | Image |
| 02/20/2020 | Judgment Docket Entry (001)<br>Judgment For Plaintiff by Default<br>Damages : $4,041.16  Interest : NONE<br>Attorney Fees : $0.00  Costs : $<br>Other Fees : $0.00<br>Total : $ |  |  |
| 02/20/2020 | ORDER NOTIFICATION SENT<br><br>CIVIL ORDER NOTIFICATION (Notice)<br>Sent on: 02/20/2020 09:51:08.44 |  | Image |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| Civil Cost | $223.00 | $223.00 | $0.00 | $0.00 |
| Total | Total | Total | Total | Total |
|  | $223.00 | $223.00 | $0.00 | $0.00 |

## Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 388682 | 12/18/2019 | Ted Traut | $198.00 |
| 392984 | 02/13/2020 | Ted Traut | $25.00 |
| Total | Total | Total | Total |
|  |  |  | $223.00 |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| (AJ) HEARING BY MAGISTRATE | 02/20/2020 | ADMINISTRATIVE JUDGE |